# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE LEZAMA-ROMERO,<br><br>    Defendant. | Case No.: 22-cr-0630-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDE TIME** |

After consideration of the Joint Motion to Continue and Exclude time, the Court finds good cause to **GRANT** the motion. It is hereby **ORDERED** as follows:

1.  The Motion/Trial Setting hearing currently scheduled for April 22, 2022, is hereby continued until May 6, 2022 at 1:30 p.m.

2.  The time between the filing of the Motion to Continue and Exclude Time through the date of the Motion/Trial Setting hearing is excludable for purposes of calculating time under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

**IT IS SO ORDERED**

Dated: April 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

-1-
]PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDE TIME